1  Martin E. Rosen (108998), mrosen@bargerwolen.com
   Vivian I. Orlando (213833), vorlando@bargerwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5

6  Attorneys for Defendant
   The Northwestern Mutual Life Insurance Company
7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 NAZILA EDALATI,                    ) CASE NO.: C 08-04354 MHP
                                      )
12        Plaintiff,                  ) (Hon. Marilyn Hall Patel)
                                      )
13     vs.                            ) [PROPOSED] ORDER GRANTING THE
                                      ) PARTIES' STIPULATION TO
14 THE NORTHWESTERN MUTUAL LIFE       ) CONTINUE THE CASE MANAGEMENT
   INSURANCE COMPANY; and DOES 1      ) CONFERENCE SET FOR DECEMBER
15 through 20, Inclusive,             ) 22, 2008
                                      )
16        Defendant.                  ) [Filed concurrently with the Parties'
                                      ) Stipulation]
17                                    )
                                      ) Complaint Filed:   August 1, 2008
18                                    )
                                      ) **Current Case Management Conference**:
19                                    ) Date:   December 22, 2008
                                      ) Time:   4:00 p.m.
20                                    ) Ctrm.:  15
                                      )
21                                    ) **Requested Case Management Conference**:
                                      ) Date:   January 5, 2009
22                                    ) Time:   4:00 p.m.
                                      ) Ctrm.:  15
23                                    )
                                      )
24 _____)

25

26

27

28

c:\documents and settings\rdm\local settings\temporary internet files\olk67f\stip 2 continue cmc - proposed order.doc

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE THE CASE MANAGEMENT
CONFERENCE SET FOR DECEMBER 22, 2008 - CASE NO. C 08-04354 MHP

# [PROPOSED] ORDER

Having reviewed the Parties' Stipulation to Continue the Case Management Conference ("CMC") currently scheduled in this matter for December 22, 2008, at 4:00 p.m. in Courtroom 15 of the above-entitled court, and finding good cause, **IT IS HEREBY ORDERED THAT THE STIPULATION IS GRANTED**.

The CMC currently scheduled for December 22, 2008 is hereby taken off calendar. The CMC is hereby rescheduled for **January 5, 2009, at 4:00 p.m. in Courtroom 15** of the above-entitled court. A Joint Case Management Statement is due ten days prior to the rescheduled conference.

**IT IS SO ORDERED.**

Dated: 12/2/2008



IT IS SO ORDERED
Judge Marilyn H. Patel

**Respectfully Submitted By**:
Martin E. Rosen (108998), mrosen@bargerwolen.com
Vivian I. Orlando (213833), vorlando@bargerwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399
Attorneys for Defendant
The Northwestern Mutual Life Insurance Company