Martin E. Rosen (108998), mrosen@bargerwolen.com
Vivian I. Orlando (213833), vorlando@bargerwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399

Attorneys for Defendant
The Northwestern Mutual Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZILA EDALATI, <br><br> Plaintiff, <br><br> vs. <br><br> THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 20, Inclusive, <br><br> Defendant. | CASE NO.: C 08-04354 MHP <br><br> (Hon. Marilyn Hall Patel) <br><br> **THE PARTIES' STIPULATION TO CONTINUE THE STATUS CONFERENCE SET FOR AUGUST 10, 2009** <br><br> [Filed concurrently with [Proposed] Order] <br><br> Complaint Filed: August 1, 2008 <br><br> **Current Status Conference**: <br> Date: August 10, 2009 <br> Time: 3:00 p.m. <br> Ctrm.: 15 <br><br> **Requested Status Conference**: <br> Date: August 24, 2009 <br> Time: 3:00 p.m. <br> Ctrm.: 15 |

i:\office9\9869\015\09pleadings\stip 2 continue status conference.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

THE PARTIES' STIPULATION TO CONTINUE THE STATUS CONFERENCE SET FOR
AUGUST 10, 2009 - CASE NO. C 08-04354 MHP

Pursuant to the Court's requirements that the Parties file a stipulation and order to continue the Status Conference currently scheduled for August 10, 2009,[1] the Parties, by and through their respective counsel of record, hereby stipulate and agree that, subject to court approval, the Status Conference shall be continued to **August 24, 2009**, at 3:00 p.m., in Courtroom 15 of the above-entitled Court and the Joint Supplemental Status Report shall be filed on or before **August 17, 2009**.

**IT IS SO STIPULATED.**

Dated: July 31, 2009                            BARGER & WOLEN LLP

                                                By: _____
                                                    MARTIN E. ROSEN
                                                    VIVIAN I. ORLANDO
                                                    Attorneys for Defendant The
                                                    Northwestern Mutual Life Insurance
                                                    Company

Dated: July 31, 2009                            LAW OFFICE OF JOHN M. RIESTENBERG

                                                BY: _____
                                                    JOHN M. RIESTENBERG
                                                    Attorneys for Plaintiff
                                                    Nazila Edalati

---

[1] This Stipulation was filed at the Court's instruction after Defendant The Northwestern Mutual Life Insurance Company filed an *ex parte* motion requesting an order permitting lead trial counsel, Martin E. Rosen, to appear telephonically at the Status Conference because he is unable to travel to San Francisco on August 10, 2009.

-1-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

THE PARTIES' STIPULATION TO CONTINUE THE STATUS CONFERENCE SET FOR
AUGUST 10, 2009 - CASE NO. C 08-04354 MHP

1  Martin E. Rosen (108998), mrosen@bargerwolen.com
   Vivian I. Orlando (213833), vorlando@bargerwol.com
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5

6  Attorneys for Defendant
   The Northwestern Mutual Life Insurance Company
7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| NAZILA EDALATI, | CASE NO.: C 08-04354 MHP |
| Plaintiff, | (Hon. Marilyn Hall Patel) |
| vs. | **[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE THE STATUS CONFERENCE SET FOR AUGUST 10, 2009** |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 20, Inclusive, | |
| Defendant. | [Filed concurrently with the Parties' Stipulation] |
| | Complaint Filed:   August 1, 2008 |
| | **Current Status Conference**: Date:   August 10, 2009 Time:   3:00 p.m. Ctrm.:   15 |
| | **Requested Status Conference**: Date:   August 24, 2009 Time:   3:00 p.m. Ctrm.:   15 |

i:\office9\9869\015\09pleadings\stip 2 continue status conference - proposed order.doc

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE THE STATUS
CONFERENCE SET FOR AUGUST 10, 2009 - CASE NO. C 08-04354 MHP

**[PROPOSED] ORDER**

Having reviewed the Parties' Stipulation to Continue the Status Conference currently scheduled in this matter for August 10, 2009, at 3:00 p.m. in Courtroom 15 of the above-entitled court, and finding good cause, **IT IS HEREBY ORDERED THAT THE STIPULATION IS GRANTED**.

The Status Conference currently scheduled for August 10, 2009 is hereby taken off calendar. The Status Conference is hereby rescheduled for **August 24, 2009, at 3:00 p.m. in Courtroom 15** of the above-entitled court and the Parties shall file their Joint Supplemental Status Report on or before **August 17, 2009**.

**IT IS SO ORDERED.**

Dated: 8/3/2009 _____

_____
HON. MARILYN H. PATEL

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**Respectfully Submitted By**:
Martin E. Rosen (108998), mrosen@bargerwolen.com
Vivian I. Orlando (213833), vorlando@bargerwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
Attorneys for Defendant
The Northwestern Mutual Life Insurance Company