Martin E. Rosen (108998), mrosen@bargerwolen.com
Vivian I. Orlando (213833), vorlando@bargerwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
The Northwestern Mutual Life Insurance Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZILA EDALATI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 20, Inclusive,<br><br>　　　　Defendant. | CASE NO.: C 08-04354 MHP<br><br>(Hon. Marilyn Hall Patel)<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO TAKE OFF-CALENDAR THE STATUS CONFERENCE SET FOR AUGUST 24, 2009**<br><br>Complaint Filed:   August 1, 2008<br><br>[Filed concurrently with [Proposed] Order]<br><br>**Status Conference**:<br>Date:  August 24, 2009<br>Time:  3:00 p.m.<br>Courtroom:  15 |

i:\office9\9869\015\09pleadings\joint ntc of settlement & request to continue status conf.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

JOINT NOTICE OF SETTLEMENT AND REQUEST TO TAKE OFF-CALENDAR THE STATUS CONFERENCE
SET FOR AUGUST 24, 2009 - CASE NO. C 08-04354 MHP

1  Defendant The Northwestern Mutual Life Insurance Company ("Northwestern Mutual") and
2  Plaintiff Nazila Edalati (Edalati") (collectively, the "Parties") hereby notify the Court that the
3  above-entitled matter has settled.

4  In light of the settlement, and to avoid unnecessary consumption of the Court's time and
5  additional costs to the Parties, the Parties respectfully request that the Court take off-calendar the
6  Status Conference set for August 24, 2009, at 3:00 p.m. in Courtroom 15 of the above-entitled
7  Court.

8  The Parties request that the Court set a new Status Conference for October 5, 2009 or
9  thereafter to address settlement status, with no appearances necessary if the case has been dismissed
10 by that time.

12 Dated: August 21, 2009         LAW OFFICE OF JOHN M. RIESTENBERG

14                                BY: _____
15                                JOHN M. RIESTENBERG
                                  Attorneys for Plaintiff
                                  Nazila Edalati

17 Dated: August 21, 2009         BARGER & WOLEN LLP

19                                By: _____
20                                MARTIN E. ROSEN
                                  VIVIAN I. ORLANDO
21                                Attorneys for Defendant The
                                  Northwestern Mutual Life Insurance
                                  Company

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-
JOINT NOTICE OF SETTLEMENT AND REQUEST TO TAKE OFF-CALENDAR THE STATUS CONFERENCE
SET FOR AUGUST 24, 2009 - CASE NO. C 08-04354 MHP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NAZILA EDALATI,<br><br>    Plaintiff,<br><br>vs.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 20, Inclusive,<br><br>    Defendant. | CASE NO.: C 08-04354 MHP<br><br>(Hon. Marilyn Hall Patel)<br><br>[~~PROPOSED~~] **ORDER GRANTING THE PARTIES' JOINT REQUEST TO TAKE OFF-CALENDAR THE STATUS CONFERENCE SET FOR AUGUST 24, 2009, AND ORDER SETTING A NEW STATUS CONFERENCE RE STATUS OF SETTLEMENT**<br><br>Complaint Filed:   August 1, 2008<br><br>[Filed concurrently with Notice of Settlement and Joint Request] |

i:\office9\9869\015\09pleadings\joint ntc of settlement & request to continue status conf - proposed order.doc

[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST TO TAKE OFF-CALENDAR THE STATUS CONFERENCE SET FOR AUGUST 24, 2009, AND COURT'S ORDER SETTING A NEW STATUS CONFERENCE RE STATUS OF SETTLEMENT - CASE NO. C 08-04354 MHP

**ORDER**

Having reviewed the Parties' Joint Notice of Settlement and Request to Take Off-Calendar the Status Conference currently scheduled in this matter for August 24, 2009, and finding good cause, **IT IS HEREBY ORDERED THAT THE PARTIES' REQUEST IS GRANTED**.

The Status Conference set for August 24, 2009, at 3:00 p.m. in Courtroom 15 of the above-entitled Court **is taken off-calendar**.

The Court sets a Status Conference for **October 5, 2009, at 3:00 p.m. in Courtroom 15** of the above-entitled Court to address settlement status, with no appearances necessary if the case has been dismissed by that time.

**IT IS SO ORDERED.**

Dated: __8/24/2009_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**Respectfully Submitted By**:
Martin E. Rosen (108998), mrosen@bargerwolen.com
Vivian I. Orlando (213833), vorlando@bargerwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399
Attorneys for Defendant
The Northwestern Mutual Life Insurance Company

-1-
[PROPOSED] ORDER GRANTING THE PARTIES' REQUEST TO TAKE OFF-CALENDAR THE STATUS CONFERENCE SET FOR AUGUST 24, 2009, AND COURT'S ORDER SETTING A NEW STATUS CONFERENCE RE STATUS OF SETTLEMENT - CASE NO. C 08-04354 MHP