Martin E. Rosen (108998),
mrosen@bargerwolen.com
Vivian I. Orlando (213833),
vorlando@bargerwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendant
The Northwestern Mutual Life Insurance Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZILA EDALATI,<br><br>        Plaintiff,<br><br>  vs.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY; and DOES 1 through 20, Inclusive,<br><br>        Defendant. | CASE NO.: C 08-04354 MHP<br><br>(Hon. Marilyn Hall Patel)<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:   August 1, 2008<br><br>[Filed concurrently with [Proposed] Order] |

i:\office9\9869\015\09pleadings\stipulation for dismissal with prejudice v2.doc

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Nazila Edalati and Defendant The Northwestern Mutual Life Insurance Company, by and through their respective counsel of record, hereby stipulate that the entire action shall be dismissed with prejudice, with each side to bear her or its own attorneys' fees and costs.

Dated: September 1, 2009

BARGER & WOLEN LLP

By: _____
MARTIN E. ROSEN
VIVIAN I. ORLANDO
Attorneys for Defendant
The Northwestern Mutual Life
Insurance Company

Dated: September 2, 2009

LAW OFFICES OF JOHN M. RIESTENBERG

By: _____
JOHN M. RIESTENBERG
Attorneys for Plaintiff
Nazila Edalati

1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | NAZILA EDALATI,                              ) CASE NO.: C 08-04354 MHP
                                                  )
12 |        Plaintiff,                            ) (Hon. Marilyn Hall Patel)
                                                  )
13 |    vs.                                       ) **[PROPOSED] ORDER DISMISSING THE**
                                                  ) **ENTIRE ACTION WITH PREJUDICE**
14 | THE NORTHWESTERN MUTUAL LIFE                 )
     INSURANCE COMPANY; and DOES 1                ) [Filed concurrently with the Parties'
15 | through 20, Inclusive,                       ) Stipulation]
                                                  )
16 |        Defendant.                            ) Complaint Filed:   August 1, 2008
                                                  )
17                                                )
                                                  )
18

i:\office9\9869\015\09pleadings\stipulation for dismissal with prejudice - proposed order.doc

ORDER

IT IS HEREBY ORDERED that this action be and is dismissed with prejudice, with each side to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __9/9/2009_____

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Respectfully Submitted By**:
Martin E. Rosen (108998),
mrosen@bargerwolen.com
Vivian I. Orlando (213833),
vorlando@bargerwol.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399
Attorneys for Defendant
The Northwestern Mutual Life Insurance Company